# EXHIBIT 1

**BRYON BELLERUD II**
Attorney at Law
23 Inverness Way East, Ste.170
Englewood, CO 80112

Tel: (888) 851-6558
Fax: (855) 343-6180
Email: prrsparking@cs.com

Date: 8/17/2012

CARMEN M FRANKLIN
526 PAXTON AVE
CALUMET CITY, IL 60409

RE: Central Parking
License Plate: CARMS10

| Notice Number | Notice Date | Violation | Lot Location | Balance Due | Total Violations |
|---|---|---|---|---|---|
| 800101214645956 | 6/18/2012 | NO PAYMENT IN BOX | 1830201 | 46.50 | |

The -Total Due - reflects the total of all citations, not just the citations that fit this page.          Total Due: $46.50          1

Dear Mr/Ms. CARMEN M FRANKLIN

According to the account records of my clients, Central Parking and Parking Revenue Recovery Services, Inc., you have received one or more parking violation notices, as described above. At this time no attorney with this office ("Firm") has personally reviewed the particular circumstances of your account, and no legal opinion has been made by this Firm about this debt. However, I believe you want to pay your just debt, and this Notice gives you the opportunity to either pay your debt or contest this matter if you do not believe you owe the debt.

Please pay the Total Due stated above within thirty (30) days. Payments should be made payable to Online Parking Payment, P.O. Box 4823, Greenwood Village, CO 80155-4823, or pay online at www.onlineparkingpayment.com.

Unless you notify this Firm in writing within thirty (30) days after receipt of this Notice that you dispute the validity of this debt or any portion thereof, this debt will be assumed to be valid by this Firm. If you notify this Firm in writing within thirty (30) days after receipt of this Notice that this debt or any portion thereof is disputed, this Firm will obtain verification of the debt, and a copy of such verification will be mailed to you by this Firm. This Firm will provide the name and address of the original creditor if it is different from the current one, if it is requested within thirty (30) days of receiving this Notice.

A consumer (you) has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Central Parking is serious about collection of this debt. If payment for this debt is not received or otherwise resolved within thirty (30) days, Central Parking may authorize its legal counsel (including local counsel) to begin legal action against you and proceed to collect this debt through the judicial system. If local legal counsel is forced to take this matter to court, in addition to the Total Due stated above you may also be liable for court and service costs. Hopefully this will not be necessary.

Further, pursuant to the Federal Fair Debt Collection Practices Act, we are hereby informing you that Central Parking reserves the right, after approximately thirty (30) days, to report this debt to one or more of the credit bureaus. Central Parking prefers not to report this debt, because reporting it may have a negative effect on you, including but not limited to your credit rating and credit score. For information about the Federal Fair Debt Collection Practices Act, see www.ftc.gov/bcp/edu/pubs/consumer/credit/cre27.pdf.

If Central Parking receives payment in full, we will cease all collection efforts with regard to this account.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Sincerely, Bryon Bellerud II, Esq.