IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FRANKLIN and JENIFER CHISM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>PARKING REVENUE RECOVERY SERVICES, INC. and BRYON BELLERUD II, P.C.,<br><br>Defendant-Appellee. | Case No.: 13 CV 2578<br><br>Hon. Judge Edmond E. Chang |

## NOTICE OF APPEAL

Plaintiffs Carmen Franklin and Jenifer Chism, individually and on behalf of all others similarly situated, hereby appeal to the Court of Appeals for the Seventh Circuit from the November 25, 2014 order granting summary judgment in favor of Defendants in this matter by the District Court for the Northern District of Illinois and any other previous orders relating to the entry of judgment.

By: s/*Keith J. Keogh*
Keith J. Keogh
Timothy J. Sostrin
Michael S. Hilicki
Katherine M. Bowen
KEOGH LAW, LTD.
55 West Monroe Street, Ste. 3390
Chicago, Illinois 60603
312.726.1092
312.726.1093 (Fax)
Plaintiff's counsel