**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARMEN FRANKLIN and JENIFER CHISM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>PARKING REVENUE RECOVERY SERVICES, INC. and BRYON BELLERUD II, P.C.,<br><br>Defendant-Appellee. | Case No.: 13 CV 2578<br><br>Hon. Judge Edmond E. Chang |

## DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3, Plaintiffs-Appellants Carmen Franklin and Jenifer Chism hereby submit the following:

(a) <u>District Court's Jurisdiction</u>

Subject matter jurisdiction is based on a federal question arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. Jurisdiction conferred by 15 U.S.C. § 1692k.

(b) <u>Appellate Jurisdiction</u>

    (1) Statute conferring jurisdiction on this Court: 28 U.S.C. § 1291

    (2) Date of entry of the judgment sought to be reviewed: November 25, 2014

    (3) No motion tolling the time for appeal was filed.

    (4) Filing date of the notice of appeal: December 23, 2014

    (5) This case does not involve a direct appeal from a magistrate judge.

(c) <u>Appeal from a Final Judgment</u>

This appeal is from a final judgment that adjudicates all claims with respect to all parties.

    By: s/*Keith J. Keogh*

Keith J. Keogh (counsel of record)
Timothy J. Sostrin
Michael S. Hilicki
Katherine M. Bowen
KEOGH LAW, LTD.
55 West Monroe Street, Ste. 3390
Chicago, Illinois 60603
312.726.1092
312.726.1093 (Fax)
Plaintiffs' counsel