

FILE COPY



**Thomas G. Bruton**
CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5670

June 30, 2015

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re:  Carmen Franklin, et al., v. Parking Revenue Recovery Services, Inc., et al.,

U.S.D.C. Docket No.:  13 CV 2578
U.S.C.A. Docket No.:  14-3774

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):          5

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:                1 Flash Drive (Sealed Transcript)

OTHER (SPECIFY):

SPECIAL NOTE:

U.S.C.A. — 7th Circuit
R E C E I V E D

JUN 3 0 REC'D

GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/  Sheila Moore, Deputy Clerk