# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

September 1, 2016

Taxed in Favor of: **Appellants Jenifer Chism and Carmen Franklin**

| No. 14-3774 | CARMEN FRANKLIN, et al., Plaintiffs - Appellants<br><br>v.<br><br>PARKING REVENUE RECOVERY SERVICES INC., et al., Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:13-cv-02578<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang |

The mandate or agency closing letter issued in this cause on September 1, 2016.

BILL OF COSTS issued in the amount of: $777.50.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | 505.00 | 505.00 |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: _____ _____ | 272.50 | 272.50 |
| 4. | _____ |  |  |
|   |   | TOTAL: | 777.50 |

form name: **c7_BillOfCosts**(form ID: **140**)